# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00804-GCM

| | |
|---|---|
| IN RE: ) | |
| DENNIS ARTHUR JOHNSON, ) | **Case No. 16-30809** |
| **Debtor,** ) | **Chapter 7** |

**THIS MATTER** is before the Court on the United States Bankruptcy Court's Order Recommending Withdrawal of the Reference for Criminal Contempt Proceedings. (Doc. No. 1). Upon consideration of the matter, the Court will **GRANT** the withdrawal of the reference for consideration of criminal contempt proceedings related to Dallas X. Evans' contempt of court.

**SO ORDERED.**

Signed: December 9, 2016

Graham C. Mullen
United States District Judge