# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:16-CV-00804-GCM

| | | |
|---|---|---|
| IN RE: | ) | |
| DENNIS ARTUHER JOHNSON, | ) | **ORDER** |
| | ) | |
| **Debtor,** | ) | |
| | ) | |

**THIS MATTER** is before the Court on its own motion to reconsider the Order granting the motion to withdraw reference (Doc. No. 2). The Court will **rescind** the withdrawal of the reference for consideration of criminal contempt proceedings related to Dallas X. Evans' contempt of court.

**SO ORDERED.**

Signed: June 19, 2017

Graham C. Mullen
United States District Judge